1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANCHEZ

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                        SAN JOSE DIVISION

9

10 | UNITED STATES OF AMERICA,   )   No.  CR 10-00211-DLJ
                                 )
11 |          Plaintiff,          )   [PROPOSED] ORDER CONTINUING
                                 )   MOTION TO DISMISS HEARING TO
12 | vs.                          )   SEPTEMBER 28, 2010
                                 )
13 | LUIS ALBERTO SANCHEZ,        )
                                 )
14 |          Defendants.         )
                                 )
15 | _____

16     Good cause appearing and by stipulation of the parties in the above-captioned matter, it is

17 hereby ordered that the hearing on the defendant's motion to dismiss shall be continued from

18 September 7, 2010 to September 28, 2010, at 11:00 a.m., and further ordered that the period of

19 delay from time from September 7, 2010 through and including September 28, 2010, is excluded

20 for purposes of  Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

21 SO ORDERED.

22 Dated:  ___September   2__, 2010

23                                        _____
                                          HONORABLE D. LOWELL JENSEN
24                                        United States District Judge

25

26

ORDER CONTINUING HEARING
No. CR 10-00211-DLJ                              1